IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RABBIA ALHOZBUR,

    Plaintiff,      No. C 09-01576 JSW

  v.

PETE GEREN,      **ORDER OF TRANSFER TO SAN JOSE DIVISION**

    Defendant.
_____/

Pursuant to Northern District Civil Local Rules 3-2, Defendant seeks to have this case transferred to the San Jose Division. Because this matter is a dispute that arises in Monterey County, the Court finds that transfer to the San Jose Division is warranted. Therefore, the Court ORDERS that this matter is TRANSFERRED to a United States District Court Judge in the San Jose Division.

**IT IS SO ORDERED.**

Dated: July 9, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE