**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RABBIA ALHOZBUR,

    Plaintiff,

v.

PETE GEREN,

    Defendant.
                              /

No. C 09-01576 JSW

**ORDER OF TRANSFER TO SAN JOSE DIVISION**

      Pursuant to Northern District Civil Local Rules 3-2, Defendant seeks to have this case transferred to the San Jose Division. Because this matter is a dispute that arises in Monterey County, the Court finds that transfer to the San Jose Division is warranted. Therefore, the Court ORDERS that this matter is TRANSFERRED to a United States District Court Judge in the San Jose Division.

      **IT IS SO ORDERED.**

Dated: July 9, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE