JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
Facsimile:  (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for the Federal Defendant[1]

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RABBIA ALHOZBUR,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN McHUGH, Secretary of the Army,<br><br>    Defendant. | No. C 09-1576 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |

This case is schedule for a preliminary pretrial conference on Monday, June 28, 2010. After the scheduling order was issued by the Court, an additional Assistant United States Attorney was assigned to the case, due to the transfer of the case to the San Jose Division of this Court. AUSA Claire Cormier has a family reunion in Yosemite National Park scheduled the week of June 28, 2010. Accordingly, the parties STIPULATE AND REQUEST that the preliminary pretrial conference be rescheduled to July 12, 2010, or another date that is acceptable to the Court and the parties.

---

[1] Pursuant to 42 U.S.C. § 2000e-16 and Rule 25(d) of the Federal Rules of Civil Procedure, John McHugh should be substituted for his predecessor, Pete Geren, as Secretary of the Army.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier

Dated: February 3, 2010 _____
CLAIRE T. CORMIER[2]
Assistant United States Attorney

BROWNSTEIN THOMAS LLP

/s/ Mark C. Thomas

Dated: February 3, 2010 _____
MARK C. THOMAS
Attorney for Plaintiff

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, the preliminary pretrial conference for this case, previously scheduled for June 28, 2010, is hereby advanced to **June 21, 2010 at 11:00 AM**. The parties are to file their joint preliminary pretrial conference statement on or before **June 11, 2010**.

Dated: February 17, 2010 _____
JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

---

[2] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.