| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | JENNIFER S WANG (CSBN 233155)<br>CLAIRE T. CORMIER (CSBN 154364) |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 6 | Telephone: (415) 436-6967<br>Facsimile: (415) 436-6748 |
| 7 | Email: jennifer.s.wang@usdoj.gov |
| 8 | Attorneys for the Federal Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RABBIA ALHOZBUR,

    Plaintiff,

v.

JOHN MCHUGH, Secretary of the Army,

    Defendant.

No. C 09-1576 JW

**STIPULATION RE: EXAMINATION PURSUANT TO FRCP 35**

IT IS HEREBY STIPULATED, by and between the parties hereto, through their undersigned counsel, that plaintiff will submit to psychological and psychiatric examination pursuant to Fed. R. Civ. P. 35 by John M. Greene, M.D., a licensed physician, at the following date, time and place:

    <u>Examination by Dr. Greene:</u>

    Date: May 19, 2010

    Time: 9:00 a.m. to approximately 3:00 p.m.

    Place: Office of John M. Greene, M.D.
           2505 Samaritan Drive, Suite 305
           San Jose, CA 95124

Dr. Greene's examination will include an interview and standard psychological tests including, the Minnesota Multiphasic Personality Inventory ("MMPI"), Milon Clinical

Multiaxial Inventory ("MCMI"), and Rotter Incomplete Sentence Blank ("RISB"). The psychological tests may be administered by an associate of Dr. Greene.

The parties agree that plaintiff shall answer all questions submitted by Dr. Greene that are properly incident to the examination, and shall otherwise cooperate with Dr. Greene so that the examination can be properly conducted and the plaintiff's mental condition can be fully and accurately evaluated.

IT IS FURTHER STIPULATED that no third party (except as stated above) shall be present during the actual examination.

IT IS SO STIPULATED.

DATED: May 10, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

JENNIFER S WANG
Assistant United States Attorney
Attorneys for Federal Defendant

DATED: May 7, 2010

BROWNSTEIN THOMAS, LLP

MARK THOMAS
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

DATED: May 18, 2010

JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION RE: FRCP 35 EXAMINATION
C 09-1576 JW                          2