1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   CLAIRE T. CORMIER (CSBN 154364)
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-6967
   Facsimile:  (415) 436-6748
7  Email: jennifer.s.wang@usdoj.gov

8  Attorneys for the Federal Defendant

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13  RABBIA ALHOZBUR,                )   No. C 09-1576 JW
                                    )
14       Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                    )   ORDER CONTINUING DATES AND
15       v.                         )   DEADLINES
                                    )
16  JOHN McHUGH, Secretary of the Army, )
                                    )
17       Defendant.                 )
                                    )

19       Under the current scheduling order for this case, expert disclosures and reports are due

20  August 2, 2010, rebuttal expert disclosures and reports are due August 16, 2010, and the fact and

21  expert discovery cutoff is October 4, 2010.  This case is scheduled for a preliminary pretrial

22  conference on Monday, September 13, 2010.  The last day for hearing on dispositive motions is

23  December 6, 2010.  No trial date has been set.

24       The parties previously stipulated to a continuance of the expert disclosure deadlines due

25  to a dispute between the parties relating to whether plaintiff should participate in a second round

26  of psychological testing with an interpreter.  On July 13, 2010, Magistrate Judge Howard Lloyd

27  ordered plaintiff to participate in the testing within 30 days.  The parties have scheduled that

28  testing, with an interpreter, for August 4, 2010.

On July 15, 2010, defendant's counsel asked plaintiff's counsel if plaintiff would agree to a Rule 35 interview by defendant's vocational rehabilitation expert, Carol Hyland. Plaintiff refused. After further meet and confer efforts failed to resolve the issue, defendant's counsel stated that she would file a motion to compel for hearing on August 31, 2010. Plaintiff has agreed to a continuance of expert and other deadlines to allow defendant to bring the discovery motion, which was filed on July 27, 2010.

In order to allow defendant to bring a motion seeking an order for plaintiff to participate in an interview with defendant's vocational rehabilitation expert prior to the expert disclosure deadline, the parties hereby STIPULATE AND REQUEST that the below-listed dates and deadlines be extended as follows:

Expert disclosure: October 1, 2010

Rebuttal expert disclosure: October 15, 2010

Preliminary Pretrial Conference: November 15, 2010

Discovery cutoff (fact and expert): December 6, 2010

Last day motion hearing: February 28, 2011

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier

Dated: July 28, 2010

CLAIRE T. CORMIER[1]
Assistant United States Attorney

BROWNSTEIN THOMAS LLP

/s/ Mark C. Thomas

Dated: July 28, 2010

MARK C. THOMAS
Attorney for Plaintiff

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER CONTINUING DATES AND DEADLINES
C 09-1576 JW                              2

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the dates and deadlines for the following case events are continued as indicated. The new deadlines will be:

    Expert disclosure: October 1, 2010

    Rebuttal expert disclosure: October 15, 2010

    Preliminary Pretrial Conference: November 15, 2010

    Discovery cutoff (fact and expert): December 6, 2010

    Last day motion hearing: February 28, 2011

    IT IS SO ORDERED.

Dated: __August 11__, 2010      _/s/ James Ware_____
JAMES WARE
UNITED STATES DISTRICT COURT JUDGE