1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JENNIFER S. WANG (CSBN 233155)
   CLAIRE T. CORMIER (CSBN 154364)
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-6967
   Facsimile:  (415) 436-6748
7  Email: jennifer.s.wang@usdoj.gov

8  Attorneys for the Federal Defendant

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
*10/1/2010*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RABBIA ALHOZBUR, | No. C 09-1576 JW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATES AND DEADLINES** |
| v. | |
| JOHN McHUGH, Secretary of the Army, | |
| Defendant. | |

Under the current scheduling order for this case, expert disclosures and reports are due October 1, 2010, rebuttal expert disclosures and reports are due October 15, 2010, and the fact and expert discovery cutoff is December 6, 2010. This case is scheduled for a preliminary pretrial conference on Monday, November 15, 2010. The last day for hearing on dispositive motions is February 28, 2011. No trial date has been set.

The pretrial schedule was previously extended by stipulation and order due to discovery disputes between the parties and related discovery motions. On September 8, 2010, Magistrate Judge Howard Lloyd issued two discovery orders. He denied defendant's motion to compel a vocational interview of plaintiff, and he granted defendant's motion to compel the completion of

psychological testing of the plaintiff.  As to the latter motion, Magistrate Judge Lloyd ordered the remaining psychological testing to be completed within 30 days.

Plaintiff's counsel then advised defendant's counsel that plaintiff was in Jordan due to the death of her husband's father, with an expected return date of September 27, 2010.  The completion of the psychological testing is likely to go forward on October 5, 2010.

In order to allow the completion of the court-ordered testing, the interpretation of the testing results, and the preparation of expert reports, the parties hereby STIPULATE AND REQUEST that the below-listed dates and deadlines be extended as follows:

Expert disclosure: November 2, 2010

Rebuttal expert disclosure: November 16, 2010

Preliminary Pretrial Conference: December 20, 2010   at 11:00 AM
Preliminary Pretrial Conference statement due December 10, 2010.
Discovery cutoff (fact and expert): January 14, 2011

Last day motion hearing: March 28, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: September 30, 2010

/s/ Claire T. Cormier

CLAIRE T. CORMIER[1]
Assistant United States Attorney

BROWNSTEIN THOMAS LLP

/s/ Mark C. Thomas

Dated: September 30, 2010

MARK C. THOMAS
Attorney for Plaintiff

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER CONTINUING DATES AND DEADLINES
C 09-1576 JW                                              2

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the dates and deadlines for the following case events are continued as indicated. The new deadlines will be:

Expert disclosure: November 2, 2010

Rebuttal expert disclosure: November 16, 2010

Preliminary Pretrial Conference: December 20, 2010 at 11:00 AM
Preliminary Pretrial Conference statement due December 10, 2010.
Discovery cutoff (fact and expert): January 14, 2011

Last day motion hearing: March 28, 2011

IT IS SO ORDERED.

Dated: October 1, 2010

*James Ware*
JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

*(Stamp: IT IS SO ORDERED AS MODIFIED — Judge James Ware)*

STIPULATION AND [PROPOSED] ORDER CONTINUING DATES AND DEADLINES
C 09-1576 JW                              3