1   MELINDA HAAG (CSBN 132612)                    **E-FILED 02-10-2011***
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   CLAIRE T. CORMIER (CSBN 154364)
    JENNIFER S WANG (CSBN 233155)
4   Assistant United States Attorneys

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
6    Telephone: (415) 436-6967
     Facsimile:  (415) 436-6748
7    Email: jennifer.s.wang@usdoj.gov

8   Attorneys for the Federal Defendant

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13  RABBIA ALHOZBUR,                  )   No. C 09-1576 JW (HRL)
                                      )
14          Plaintiff,                )   **STIPULATION TO EXTEND
                                      )   DEADLINE FOR FILING DISCOVERY
15     v.                             )   MOTION**
                                      )
16  JOHN MCHUGH, Secretary of the Army, )
                                      )
17          Defendant.                )
    _____   )

18

19                          **STIPULATION**

20      The parties by and through their counsel of record, hereby stipulate and agree as follows:

21      1. On December 10, 2010, defendant served the Federal Defendant's Second Set of Requests

22  for Production of Documents, Federal Defendant's Second Set of Special Interrogatories, and

23  Federal Defendant's First Set of Requests for Admissions ("the Requests") on plaintiff.

24  Plaintiff's responses were due on January 12, 2011.

25      2. On January 19, 2011, counsel for plaintiff informed defendant that he had mis-calendared

26  the plaintiff's deadline to respond to the Requests.  Plaintiff has not yet served her responses to

27  the Requests.  Plaintiff agrees to serve her responses to the Requests by no later than January 31,

28  2011.

1    3.  Pursuant to the Court's October 1, 2010 Order (Dkt. #54), the fact and expert discovery

2    cut-off in this action was January 14, 2011.  Pursuant to Local Rule 37-3, the last day to file a

3    motion to compel discovery is January 26, 2011.

4    4.  Subject to the Court's approval, the parties, through their undersigned counsel, hereby

5    agree and stipulate to extend the defendant's deadline to file a motion to compel discovery to

6    February 15, 2011.

7    IT IS SO ORDERED.

8                                                     Respectfully submitted,
                                                     MELINDA HAAG
9                                                    United States Attorney

10   Dated: January 25, 2011              /s/ Jennifer S Wang
                                                     JENNIFER S WANG
11                                                   Assistant United States Attorney
                                                     Attorneys for Defendant
12

13

14                                                   BROWNSTEIN THOMAS, LLP

15
     Dated: January 25, 2011              /s/ Mark Thomas
16                                                   MARK THOMAS
                                                     Attorneys for Plaintiff
17

18

19

20                                          [PROPOSED] ORDER

21       Pursuant to the parties' stipulation and good cause having been shown, it is hereby ordered

22   that the defendant's deadline to file a motion to compel discovery is extended to February 15,

23   2011.  **The deadline is extended only as to the particular discovery requests served by
     defendant on December 10, 2010.**

24   IT IS SO ORDERED.

25

26   ~~JAMES WARE~~  HOWARD R. LLOYD
     UNITED STATES ~~DISTRICT COURT~~ JUDGE
27                                                   MAGISTRATE

28   STIPULATION TO EXTEND DEADLINE TO FILE DISCOVERY MOTION
     C 09-1576 JW (HRL)                      2