1   MELINDA HAAG (CSBN 132612)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   JENNIFER S. WANG (CSBN 233155)
    CLAIRE T. CORMIER (CSBN 154364)
4   Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
6   Telephone: (415) 436-6967
    Facsimile:  (415) 436-6748
7   Email: jennifer.s.wang@usdoj.gov

8   Attorneys for the Federal Defendant

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                 SAN JOSE DIVISION

13  RABBIA ALHOZBUR,              )   No. C 09-1576 JW
                                  )
14        Plaintiff,              )   STIPULATION AND [PROPOSED]
                                  )   ORDER CONTINUING DEADLINE
15        v.                      )   FOR MOTION HEARING
                                  )
16  JOHN McHUGH, Secretary of the Army,  )
                                  )
17        Defendant.              )
                                  )
18  _____ )

19       Under the current scheduling order for this case, the last day for hearing on dispositive

20  motions is March 28, 2011.  Trial is set to commence on June 21, 2011.

21       Pursuant to this Court's local rules, a March 28, 2011 hearing date would require the

22  filing of the moving papers 35 days in advance of the hearing date, or February 21, 2011.

23  However, because that date is a holiday, defendant's counsel has advised that defendant intends

24  to file a summary judgment motion no later than Friday, February 18, 2011.

25       As of February 15, 2011, the Court's on-line scheduling notes indicate that the first dates

26  available for a motion hearing are April 11 or April 25, 2011.  Undersigned counsel for

27  defendant has prepaid vacation plans for the week of April 11, 2011, and her co-counsel, Jennifer

28  Wang, is currently scheduled to be in trial on that date.  Accordingly, the parties hereby

1   STIPULATE AND REQUEST that the deadline for hearings on dispositive motions for this case

2   be extended to April 25, 2011.  However, the parties further stipulate that the briefing schedule

3   for defendant's motion will remain the same as if the motion hearing was on March 28, 2011.

4   Accordingly, the schedule for the motion will be:

5   February 18, 2011          Last day to file dispositive motion

6   March 7, 2011              Last day to file opposition to motion

7   March 14, 2011             Last day to file reply to opposition

8   April 25, 2011             Hearing on motion

9                                          Respectfully submitted,

10                                         MELINDA HAAG
                                           United States Attorney

11                                         /s/ Claire T. Cormier

12  Dated: February 16, 2011
                                           _____
13                                         CLAIRE T. CORMIER[1]
                                           Assistant United States Attorney

14
                                           BROWNSTEIN THOMAS LLP
15
                                           /s/ Mark C. Thomas
16  Dated: February 16, 2011
                                           _____
17                                         MARK C. THOMAS
                                           Attorney for Plaintiff

18

19                              [PROPOSED] ORDER

20          Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

21

22

23  Dated: _____February 17____, 2011    _____

24                                         JAMES WARE
                                           UNITED STATES DISTRICT COURT CHIEF JUDGE
25

26  _____

27      [1]  I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any
    signatures indicated by a "conformed" signature (/s/) within this e-filed document.
28  STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR MOTION HEARING
    C 09-1576 JW                                    2