1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   JENNIFER S WANG (CSBN 233155)
4  Assistant United States Attorneys

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6967
      Facsimile:  (415) 436-6748
7     Email: jennifer.s.wang@usdoj.gov

8  Attorneys for the Federal Defendant

9

10                    UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13  RABBIA ALHOZBUR,                  )    No. C 09-1576 EJD
                                      )
14        Plaintiff,                  )    [PROPOSED] JUDGMENT
                                      )
15        v.                          )
                                      )
16  JOHN McHUGH, Secretary of the Army, )
                                      )
17        Defendant.                  )
                                      )
18  _____  )

19

20        Defendant's Motion for Summary Judgment having been granted in its entirety,

21  judgment is now entered in favor of the Defendant.  The Clerk is directed to close the file.

22

23

24

25  DATED: ___July 28_____, 2011    _____
                                         EDWARD J. DAVILA
26                                       UNITED STATES DISTRICT COURT JUDGE

27

28